# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO McKENZIE, | CASE NO. 1:06-CV-01490-AWI-SMS P |
| Plaintiff, | ORDER GRANTING REQUEST FOR COPY OF COMPLAINT FILED IN THIS ACTION |
| v. | (Docs. 6 and 8) |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Plaintiff Gustavo McKenzie ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 21, 2005, and it was transferred to this court by order filed October 25, 2006. On January 12, 2006, and April 11, 2006, plaintiff filed requests seeking a copy of his complaint.

In order to ensure return of a filed stamped copy, plaintiff must include an extra copy and a self-addressed envelope bearing sufficient postage. Although plaintiff asserts that he sent extra copies to the court and is only trying to obtain his rightful copy, plaintiff makes no mention of sending a self-addressed stamped envelope with sufficient postage to cover the cost of mailing. The court will make an exception this one time and send plaintiff a conformed copy of his complaint. However, plaintiff is now on notice that his extra copy will be sent back to him in the future only if it is accompanied by a self-addressed envelope bearing sufficient postage to cover the mailing cost.

///
///
///

1

1  Based on the foregoing, plaintiff's requests are HEREBY GRANTED, and the Clerk's Office
2  is DIRECTED to send plaintiff a copy of his complaint filed on December 21, 2005.

4  IT IS SO ORDERED.

5  **Dated:     October 31, 2006**                       /s/ Sandra M. Snyder
   icido3                                                UNITED STATES MAGISTRATE JUDGE