UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO McKENZIE,<br><br>        Plaintiff,<br><br>vs.<br><br>JEANNE WOODFORD, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-01490-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 16)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER** |

    Plaintiff Gustavo McKenzie ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 21, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 21, 2006, is ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, for plaintiff's failure to obey the court's order of October 31, 2006.

IT IS SO ORDERED.

**Dated:   February 15, 2007**          /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2